# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>　　　　Plaintiff<br><br>v.<br><br>JANGBU SHERPA; PUTI SHERPA; SHERPA FAMILY "LLC"; and DOES 1 THROUGH 10, Inclusive<br><br>　　　　Defendants | Case No.: 3:16-cv-03090-MEJ<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants JANGBU SHERPA; PUTI SHERPA; SHERPA FAMILY "LLC" be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint and the lawsuit be dismissed with prejudice in their entirety, Case Number 3:16-cv-03090-MEJ.

**IT IS SO ORDERED.**

Dated: October 14, 2016

_____
　　　Honorable Magistrate Judge Maria-Elena James